UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAQUELL DIXON,<br><br>              Plaintiff,<br>vs.<br><br>DORIS WOODRUFF-FIBLEY, et al.,<br><br>              Defendants. | 1:04-cv-1374-DFH-VSS |

## J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendants' motion for summary judgment is **GRANTED** and that judgment is entered for the defendants and against the plaintiff on his complaint.

The costs of this action are assessed against the plaintiff.

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 9/14/2006

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Jaquell La'Ron Dixon, DOC # 964304, Miami Correctional Facility, P.O. Box 900, Bunker Hill, IN   46914

Betsy M. Isenberg, INDIANA STATE ATTORNEY GENERAL, Betsy.Isenberg@atg.in.gov